UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS LINERAS SEQUERA,

Petitioner,

v.

WARDEN OF THE GOLDEN STATE
ANNEX DETENTION FACILITY,

Respondents.

No.  1:26-cv-642-DJC-CKD P

ORDER

Petitioner, an immigration detainee currently representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  However, petitioner has not filed a motion to proceed in forma pauperis.  Good cause appearing, IT IS HEREBY ORDERED that:

1.  The Clerk of the Court send petitioner an application to proceed in forma pauperis.

2.  Petitioner shall complete and return the form as soon as possible, but no later than thirty days from this order.

3.  If petitioner seeks appointment of counsel, he should so move as soon as possible.

Dated:  January 29, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/sequ0642.ifp.imm